UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOROTHY A. SMULLEY,<br><br>       Plaintiff,<br>v.<br><br>WEBSTER FINANCIAL CORP, et al,<br><br>       Defendants. | CIVIL ACTION 3:15-cv-1383 (JAM)<br><br><br><br><br><br>DECEMBER 16, 2015 |

### MOTION FOR ORDER OF REASSIGNMENT

Plaintiff, Dorothy A Smulley, moves for an order to have this present matter reassigned to another judge. On December 4, 2015, the court *(Chatigny, USJD)*, reassigned this matter to Judge Jeffrey A. Meyer. In the interest of justice, plaintiff moves for reassignment because of an appeal pending before the Court of Appeals Second District on which Judge Meyer adjudicated [1]. Upon information and belief, having two matters pending before the same district judge would be improper.

WHEREFORE, plaintiff respectfully moves for an order from the court to have her matter reassigned.

                                                      PLAINTIFF

                                                      */s/ Dorothy A. Smulley*
                                                      Dorothy A. Smulley, self-represented
                                                      408 Bar Harbour Road
                                                      Stratford CT 06614
                                                      tel/fax   203 386 0171
                                                      email    frrancesca04@gmail.com

---

[1] Plaintiff is appelant-plaintiff in Case No. 14-4499, United States Court of Appeals filed December 5, 2014, in the matter of Smulley v. Mutual of Omaha Bank *et al* Connecticut District Court Case No. 3:14-cv-00997-JAM.

1

## CERTIFICATION

    I certify on December 16, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Dorothy A. Smulley*
Dorothy A. Smulley