# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOROTHY A. SMULLEY,<br><br>　　　　Plaintiff,<br>v.<br><br>WEBSTER FINANCIAL CORP, et al,<br><br>　　　　Defendants. | CIVIL ACTION 3:15-cv-1383 (JAM)<br><br><br><br><br><br>DECEMBER 16, 2015 |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Dorothy A Smulley, moves for an extension of time in which to file her objection to the motions to dismiss filed by defendants Webster Financial Corporation, JPMorgan Chase Bank NA, Federal Housing Finance Agency, Federal National Mortgage Association and Mortgage Electronic Registration Systems (ECF 34, 37). Plaintiff's response is due December 21, 2015. Plaintiff respectfully moves for an additional ten days up to and including December 31, 2015. .

WHEREFORE, plaintiff respectfully moves the court to grant her extension.

　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dorothy A Smulley, self-represented
　　　　　　　　　　　　　　　　408 Bar Harbour Road
　　　　　　　　　　　　　　　　Stratford CT 06614
　　　　　　　　　　　　　　　　tel/fax   203 386 0171
　　　　　　　　　　　　　　　　email    frrancesca04@gmail.com

1

## CERTIFICATION

I certify on December 16, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Dorothy A Smulley